IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD HAYWOOD PAYNE, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-4444 |
| | : | |
| PREVENTION POINT | : | |
| PHILADELPHIA, INC., et al. | : | |

## ORDER

AND NOW, this 14th day of June, 2021, upon consideration of Defendants Prevention Point Philadelphia, Inc. and Prevention Point's Motion for Summary Judgment, pro se Plaintiff Edward Haywood Payne, Jr.'s opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 30) is GRANTED. Judgment is entered in favor of Defendants.

It is further ORDERED Payne's Motions for Summary Judgment (Documents 41 & 42), which the Court construes as responses to Defendants' Motion for Summary Judgment, are DISMISSED.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.